# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JACOB MOLIERI and SNAKEOUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife,<br><br>Defendant. | Civil Action No. 2:25-cv-02832-JAM-CSK<br><br>**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br>**(ECF No. 12)** |

Pursuant to the plaintiffs' unopposed motion, and good cause appearing under Federal Rule of Civil Procedure 6(b)(1)(A), IT IS SO ORDERED.

Plaintiffs shall file their response to the Motion to Dismiss no later than **January 14, 2026**. Defendant may file a reply in support of the Motion to Dismiss in accordance with the Federal Rules of Civil Procedure and Local Rules.

Dated: December 29, 2025

_____
JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE