Docusign Envelope ID: F8D19371-CDBE-4D60-8FE7-4523B00080B5

Caleb R. Trotter
Cal. Bar No. 305195
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org

Brandon C. Beyer
Minn. Bar No. 403249*
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
BBeyer@pacificlegal.org

* *Pro Hac Vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| JACOB MOLIERI and SNAKEOUT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife, <br><br> Defendant. | Civil Action No. 2:25-cv-02832-JAM-CSK <br><br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

Notice of Substitution of Couns.
No. 2:25-cv-02832-JAM-CSK            1

Docusign Envelope ID: F8D19371-CDBE-4D60-8FE7-4523B00080B5

Plaintiffs respectfully notify this Court of the substitution of Caleb R. Trotter as counsel for Plaintiffs and the withdrawal of Anastasia P. Boden.

Incoming counsel Caleb R. Trotter is a member of the Bar of this Court and hereby consents to serve as local counsel for Pro Hac Vice attorney Brandon C. Beyer, who remains as counsel in this action.

The full name and address of the new attorney is as follows:

Caleb Randall Trotter
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814

DATED: January 30, 2026.

The following consent to the foregoing withdraw and substitution of counsel:

By _____
Caleb R. Trotter
Pacific Legal Foundation

By _____
Anastasia P. Boden
Pacific Legal Foundation

By _____
Jacob Molieri
SnakeOut, Inc.

Notice of Substitution of Couns.
No. 2:25-cv-02832-JAM-CSK          2

Docusign Envelope ID: F8D19371-CDBE-4D60-8FE7-4523B00080B5

The substitution of Caleb R. Trotter as counsel of record for Plaintiffs, in place of Anastasia P. Boden, is GRANTED.

Caleb R. Trotter shall hereafter appear as counsel of record for Plaintiffs.

Anastasia P. Boden is hereby relieved as counsel of record for Plaintiffs.

IT IS SO ORDERED.

Dated:

_____
Honorable John A. Mendez
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I certify that on this day, January 30, 2026, I served copies of the foregoing on counsel of record for Defendant using the Court's CM/ECF system.

/s/ Caleb R. Trotter
Caleb R. Trotter