Caleb R. Trotter
Cal. Bar No. 305195
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: 916-419-7111
CTrotter@pacificlegal.org

Brandon C. Beyer
Minn. Bar No. 403249*
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
Telephone: 202-888-6881
BBeyer@pacificlegal.org

* *Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JACOB MOLIERI and SNAKEOUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MEGHAN HERTEL, in her official capacity as Director of the California Department of Fish and Wildlife,<br><br>Defendant. | No. 2:25-cv-02832-JAM-CSK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF FIRST CAUSE OF ACTION** |

Plaintiffs Jacob Molieri and SnakeOut, Inc. (“Plaintiffs”), together with Defendant Meghan Hertel, in her official capacity as Director of the California Department of Fish and Wildlife (“Defendant”), by and through their undersigned counsel, submit this Joint Stipulation of Dismissal of First Cause of Action Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Request for Entry of Final Judgment.

1. On April 27, 2026, the Court issued an Order granting Defendant's Motion to Dismiss Plaintiffs' Second (Equal Protection) and Third (Free Speech) Causes of Action with prejudice and without leave to amend;
2. Plaintiffs' First Cause of Action (Procedural Due Process) remained pending before the Court following the April 27, 2026, Order;
3. On July 14, 2026, the CDFW approved and issued Plaintiff Jacob Molieri's Scientific Collecting Permit ("SCP");
4. CDFW's approval and issuance of the SCP fully satisfies the relief sought in Plaintiffs' First Cause of Action;
5. The parties thus jointly desire to dismiss Plaintiffs' First Cause of Action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), thereby disposing of the remaining claim before this Court, and enabling the entry of a final appealable judgment under 28 U.S.C. § 1291.

Therefore, the Parties stipulate and agree:

1. Plaintiffs' First Cause of Action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);
2. Plaintiffs reserve any rights to appeal the Court's April 27, 2026, Order dismissing Plaintiffs' Second Cause of Action and Third Cause of Action. Nothing contained in this Joint Stipulation shall be construed as a waiver, forfeiture, or limitation of Plaintiffs' right to seek full appellate review of the Court's prior dismissals upon entry of Final Judgment pursuant to 28 U.S.C. § 1291;
3. Because this Stipulation disposes of the remaining claim in this litigation, the parties jointly request that the Court approve this Stipulation and execute the attached [Proposed] Order and direct the Clerk of Court to enter a separate final judgment document pursuant to Federal Rules of Civil Procedure 58(a) and 58(d).

DATED: August 7, 2026.

Respectfully submitted,

Rob Bonta
Attorney General of California

/s/ *John S. Sasaki*
John S. Sasaki
Deputy Attorney General
John.Sasaki@doj.ca.gov

California Department of Justice
1300 I Street
Sacramento, CA 95814

*Attorneys for Defendant*

/s/ *Caleb R. Trotter*
Caleb R. Trotter
Cal. Bar No. 305195
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: 916-419-7111
CTrotter@pacificlegal.org

/s/ *Brandon C. Beyer*
Brandon C. Beyer
Minn. Bar. No. 0403249*
Pacific Legal Foundation
3100 Clarendon Boulevard
Suite 1000
Arlington, VA 22201
Telephone: 202-888-6881
BBeyer@pacificlegal.org

**Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JACOB MOLIERI and SNAKEOUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MEGHAN HERTEL[1], in her official capacity as Director of the California Department of Fish and Wildlife,<br><br>Defendant. | No. 2:25-cv-02832-JAM-CSK<br><br>**ORDER** |

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Stipulation is **APPROVED**;
2. Plaintiffs' First Cause of Action is **DISMISSED WITHOUT PREJUDICE**;
3. Plaintiffs' Second and Third Causes of Action having been dismissed with prejudice (ECF No. 21), all causes of action in this matter have now been fully resolved;
4. The Clerk of Court is **DIRECTED** to **VACATE** all dates and deadlines and **CLOSE** this case.

**IT IS SO ORDERED**.

Dated: August 07, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

[1] Charlton H. Bonham is the former Director.